UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. _1:25-cr-122-JJM-AEM_ |
| v. | In violation of 18 U.S.C. § 4 |
| ADAM YOUNG | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
*Misprision of Felony*

From on or about January 1, 2017 to on or about April 2022, in the District of Rhode Island and elsewhere, Defendant Adam Young, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, did conceal the same, and did not as soon as possible make known the same to some judge or other person in civil authority under the United States, in violation of 18 U.S.C. § 4.

SARA M. BLOOM
Acting United States Attorney

Milind Shah
Assistant U.S. Attorney

Lee H. Vilker    *by permission,*
Assistant U.S. Attorney
Criminal Division Chief

Date: 11/17/2025