PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] INFORMATION   [ ] INDICTMENT   [ ] COMPLAINT

Matter Sealed:  [ ] Juvenile   [ ] Other than Juvenile

[ ] Pre-Indictment Plea   [ ] Superseding   [ ] Defendant Added
[ ] Indictment   [ ] Charges/Counts Added
[✓] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    RHODE ISLAND
DISTRICT OF RHODE ISLAND    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
SARA M. BLOOM
[X] U.S. Atty   [ ] Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)

CASE NO.    1:25-cr-122-JJM-AEM

USA vs.

Defendant: ADAM YOUNG

Address: ████████████████████

[ ] Interpreter Required   Dialect: _____

Birth Date ████████   [✓] Male   [ ] Alien
[ ] Female   (if applicable)

Social Security Number ████████

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP  20,  21  or  40.  Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty  [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense  RHODE ISLAND    County

### DEFENDANT

Issue:  [ ] Warrant   [✓] Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

[ ] Currently in Federal Custody
[ ] Currently in State Custody
[ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any):  Robert Goldstein

[ ] FPD   [ ] CJA   [✓] RET'D
[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts  1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. § 4 | Misprision of a Felony | [X] Felony [ ] Misdemeanor |
| | Imprisonment: 3 Years, Fine $250,000 | Supervised Release: 1 Year, Special Assesment $100 | [ ] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | Estimated Trial Days: 3 | [ ] Felony [ ] Misdemeanor |