AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| Adam Young | ) | Case No.   1:25-cr-00122-JJM-AEM SEALED |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☑ Information  ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition  ☐ Violation Notice      ☐ Order of Court

| Place: | John O. Pastore Federal Building and Post Office Two Exchange Terrace, Providence, RI | Courtroom No.:  A |
|---|---|---|
| | | Date and Time:   01/15/2026 10:15 am |

This offense is briefly described as follows:
MISPRISION OF FELONY in Violation of 18 U.S.C. § 4

Date:         12/3/2025

/s/Jeannine Noel
*Issuing officer's signature*

Jeannine Noel, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:   *12-3-25*

*Server's signature*

Jon Lemay  Deputy US Marshal
*Printed name and title*