**From:** Michael O'Hare <mcohare@gmail.com>
**Sent:** Wednesday, June 3, 2026 11:35 PM
**To:** RID_ECF_INTAKE
**Subject:** Re: Case No. 25 cr 00121 JJM AEM request for documents
**Attachments:** 2026.06.03 Transcript Order - Adam Young case.pdf; 2026.06.03 Transcript Order - Gevirtz case.pdf

**Categories:** Being Worked on CH

**CAUTION - EXTERNAL:**

Dear Court Clerk,

Good morning.

I have attached the two transcript order forms for
1:25-cr-00121 USA v Gevirtz
1:25-cr-00122 USA v Adam Young

If you need anything else, please let me know.

Sincerely,

Michael O'Hare

On Thu, May 28, 2026 at 11:24 AM RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:

> Hi Michael,
>
> You will need to fill out a transcript order form. The form can be found on the court's website. Please let me know if you have any questions.
>
> Respectfully,

Cherelle

**Office of the Clerk**

United States Courts – District of Rhode Island
One Exchange Terrace
Providence, RI 02903
**Direct Dial**: 401-752-7200
https://www.rid.uscourts.gov

---

**From:** Michael O'Hare <mcohare@gmail.com>
**Sent:** Thursday, May 28, 2026 12:32 PM
**To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
**Subject:** Re: Case No. 25 cr 00121 JJM AEM request for documents

**CAUTION - EXTERNAL:**

Court Clerk,

Thank you for your prompt response.

I would like to request a copy of the transcript for the Rule 11 hearing held on January 15, 2026, in *United States v. Gevirtz*, Case No. 1:25-cr-00121-JJM-AEM. I have attached the transcript order form for reference.

Please let me know the cost, payment instructions, and any additional steps required to obtain a copy.

Thank you for your assistance.

Sincerely,

Michael O'Hare

On Thu, May 28, 2026 at 7:40 AM RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:

Hi Michael,

I have attached the publicly available documents to this email.

Respectfully,

Cherelle

**Office of the Clerk**

United States Courts – District of Rhode Island
One Exchange Terrace
Providence, RI 02903
**Direct Dial**: 401-752-7200
https://www.rid.uscourts.gov

**From:** Michael O'Hare <mcohare@gmail.com>
**Sent:** Tuesday, May 26, 2026 11:13 PM
**To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
**Subject:** Case No. 25 cr 00121 JJM AEM request for documents

**CAUTION - EXTERNAL:**

Re: Request for Access to Plea Agreement Documents
Case Involving Adam Young and Harrison Gevirtz

Dear Clerk of Court,

I hope you are doing well.

I am respectfully requesting copies of the plea agreement documents, plea bargain filings, or any publicly available plea-related filings in the criminal matter involving Adam Young and Harrison Gevirtz, recently filed in the United States District Court for the District of Rhode Island.

From public reporting, I understand that both individuals entered guilty pleas to charges related to telecommunications and tech-support fraud activities. I would appreciate guidance on obtaining the following, if publicly available:

- Plea agreements
- Statements of offense or factual proffers
- Criminal informations or indictments
- Docket sheet
- Sentencing schedules or related filings

If there are fees associated with obtaining these documents, please let me know the amount and preferred payment method.

Thank you for your time and assistance. I appreciate the work of the Clerk's Office and your help with this request.

Sincerely,

Michael O'Hare

323-691-5851

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.