UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM YOUNG,<br>Defendant | ) | Case No. 25-cr-00122-JJM-AEM |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Now comes the Defendant, Adam Young, by and through undersigned counsel, and hereby respectfully moves the Court for an order continuing sentencing in this matter from its currently scheduled date of December 15, 2026, to February 25, 2027, or another date thereafter convenient to the Court and parties. As grounds and reasons therefore, the Defendant states the following:

1. Counsel for the Defendant needs additional time to prepare for sentencing in this matter, given existing obligations in other matters as well as the complexity of this matter.
2. This is the first request by the Defendant to continue sentencing in this matter.
3. Mr. Young's co-defendant, Harrison Gevirtz, assents to this request and will be filing a motion with the Court requesting the same relief.
4. The government, by and through Milind M. Shah, assents to the continuance requested herein.

Wherefore, the Defendant respectfully requests an order continuing sentencing in this matter to February 25, 2027, or another date thereafter convenient to the Court and parties.

Respectfully Submitted,
Adam Young,
By His Attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein
*(pro hac vice)*
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 742-9015
Email: rmg@goldstein-lawfirm.com

Dated: November 19, 2026

## CERTIFICATION OF SERVICE

I, Robert M. Goldstein, hereby certify that on this date, November 19, 2026, a copy of the foregoing document has been served, via electronic filing, on all registered parties, including Assistant U.S. Attorney Milind M. Shah.

**/s/ Robert M. Goldstein**
Robert M. Goldstein